# United States Court of Appeals
## For the First Circuit

No. 22-8011

STEPHANIE POWERS, on behalf of herself and all others similarly situated,

Plaintiff - Respondent,

v.

RECEIVABLE PERFORMANCE MANAGEMENT, LLC,

Defendant - Petitioner.

**JUDGMENT**

Entered: May 27, 2022
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of petitioner's unopposed motion, the petition for permission to appeal is WITHDRAWN, and this proceeding is TERMINATED.

By the Court:

Maria R. Hamilton, Clerk

cc:
Sergei Lemberg
Stephen Taylor
Benjamin O'Grady
Shaun Loughlin
Thomas C. Blatchley