**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Stephanie Powers, *on behalf of herself and all others similarly situated,*<br><br>Plaintiff,<br>v.<br><br>Receivables Performance Management LLC,<br><br>Defendant. | Civil Action No.: 4:21-cv-12125-(MRG) |

**PLAINTIFF'S MOTION TO SEAL DOCUMENTS**

Plaintiff, Stephanie Powers ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 7.2, Section 14 of the Stipulated Protective Order (Doc. No. 65-1), hereby moves the Court to seal (1) paragraphs 9, 10 and 11 of the Taylor Declaration and Exhibit D thereto which contain excerpts and information derived from call records designated by Defendant Receivables Performance Management LLC ("RPM") as "confidential" (2) Exhibit C to the Taylor Declaration which contains testimony of the CEO of RPM discussing documents designated by RPM as "confidential" and (3) those portions of pages 4, 5, 6 & 13 of Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Class Certification that quote items 1 & 2. In support, Plaintiff states as follows:

1. On March 6, 2023, the Court granted the Parties' Joint Motion for a Protective Order which permits parties to designate information, documents and other materials as "CONFIDENTIAL." (Doc. No. 65 & 66).

2. The Order provides that that if a party seeks to file such designated materials it must move to file the designated materials under seal. (Doc. No. 65-1 sec. 14).

3. The documents, and portions of documents, Plaintiff seeks to file under seal are, quote or reveal documents or materials designated by RPM as confidential pursuant to the protective order.

4. While these are RPM's designations and it bears the burden to establish impoundment under seal, Plaintiff is bound to move to seal them in the first instance.

5. Plaintiff will publicly file redacted versions of the proposed sealed documents.

6. In addition, Plaintiff will submit paper copies of the exhibits and an unredacted copy of Plaintiff's memorandum to the Court and the attorneys for the Defendant.

7. Further, in light of Defendant's confidentiality designations, the above materials should be impounded until further order of the court.

For the foregoing reasons, Plaintiff respectfully request that the Court grant this motion to seal and permit Plaintiff to file the above documents under seal.

Dated: July 7, 2023

Respectfully submitted,

By: *s/ Sergei Lemberg*

Sergei Lemberg (BBO# 650671)
Stephen Taylor (*phv*)
LEMBERG LAW, LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2023 a copy of the foregoing was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By: *s/ Sergei Lemberg*
Sergei Lemberg