**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| STEPHANIE POWERS, on behalf of herself and all others similarly situated, | ) | |
| | ) | Civil Action No.: 4:21-cv-12125-MRG |
| Plaintiff, | ) | |
| v. | ) | |
| RECEIVABLES PERFORMANCE MANAGEMENT, LLC, | ) | JULY 10, 2023 |
| Defendant. | ) | |

**MOTION FOR LEAVE TO FILE UNER SEAL PORTIONS OF EXHIBITS A AND C TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM OF LAW**

Pursuant to Local Rule 7.2, Defendant, Receivables Performance Management, LLC ("Defendant"), respectfully requests that this Court grant it leave to file, under seal, portions of Exhibits A (Plaintiff's Deposition Transcript) and C (Defendant's Expert Report) of Defendant's Motion for Summary Judgment and Memorandum of Law. In support thereof, Defendant states as follows:

1. This lawsuit implicates sensitive non-public business information, including that of Receivables Performance Management, LLC and documents containing confidential business information that are subject to the protective order entered by this Court on (the "Protective Order"), in addition to containing personally identifiable information;

2. Certain deposition transcripts and discovery materials were marked as "confidential" pursuant to the Protective Order;

3. Defendant intends to utilize portions of the Plaintiff's deposition transcript in support of its Motion for Summary Judgment and will file a redacted version of the Motion and Memorandum of Law contemporaneously with this filing;

4. Defendants seeks to redact confidential, personal, and proprietary information.

5. Upon entry of an order to seal, Defendant will submit an unredacted copy of Exhibits A and C of the Motion for Summary Judgment and Memorandum of Law with the Court in accordance with the instructions of the Clerk's Office. Defendant requests that any impounding order be lifted only upon further order of the Court and that the list be kept in the Clerk's nonpublic information file during any post-impoundment period;

6. Plaintiff's counsel has not taken a position regarding this motion.

WHEREFORE, Defendant respectfully requests that this Court grant this motion and (1) grant it leave to file Exhibits A and C of the Motion for Summary Judgment and Memorandum of Law under seal; and (2) seal portions of Exhibits A and C of the Motion for Summary Judgment and Memorandum of Law.

Respectfully submitted,

DEFENDANT,
RECEIVABLES PERFORMANCE
MANAGEMENT, LLC

*/s/ Thomas C. Blatchley*

Thomas C. Blatchley (BBO# 706212)
Shaun Laughlin
Gordon Rees Scully Mansukhani, LLP
21 Custom House St. 5th Fl.
Boston, MA 02110
Phone: 860-494-7525
Fax: 860-560-0185
Email: tblatchley@grsm.com
Email: slaughlin@grsm.com
*Counsel for Receivables Performance Management, LLC*

Dated: July 10, 2023

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

I, Thomas C. Blatchley, hereby certify that on July 10, 2023 counsel for Defendants conferred with Plaintiff's counsel and Plaintiff's counsel has not taken a position regarding this motion.

Dated: July 10, 2023

*/s/ Thomas C. Blatchley*
Thomas C. Blatchley

**CERTIFICATE OF SERVICE**

I certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: July 10, 2023

*/s/ Thomas C. Blatchley*
Thomas C. Blatchley