**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Stephanie Powers, *on behalf of herself and all others similarly situated,*<br><br>Plaintiff,<br>v.<br><br>Receivables Performance Management LLC,<br><br>Defendant. | Civil Action No.: 4:21-cv-12125-(MRG) |

**PLAINTIFF'S MOTION TO SEAL DOCUMENTS**

Plaintiff, Stephanie Powers ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 7.2, Section 14 of the Stipulated Protective Order (Doc. No. 65-1), hereby moves the Court to seal documents submitted with her Reply in Support of Motion for Class Certification. (Doc. No. 107).

Plaintiff seeks leave to file under seal:

(1) Exhibit A to the Second Taylor Declaration (Doc. No. 107-1 ¶ 2) which is a document produced by the RPM marked as "confidential";

(2) Exhibit B to the Second Taylor Declaration (Doc. No. 107-1 ¶ 3) which contains testimony of the CEO of RPM discussing documents designated by RPM as confidential. These are different excerpts of the transcript the Court previously approved for sealing (Doc. No. 83 & 84); and

(3) Portions of pages 5, 10 & 11 of Plaintiff's Reply in Support of Motion for Class Certification that quote items marked confidential. Plaintiff requires leave of the Court to seal an unredacted copy of the brief.

In support, Plaintiff states as follows:

1. On March 6, 2023, the Court granted the Parties' Joint Motion for a Protective Order which permits parties to designate information, documents and other materials as "CONFIDENTIAL." (Doc. No. 65 & 66).

2. The Order provides that that if a party seeks to file such designated materials it must move to file the designated materials under seal. (Doc. No. 65-1 sec. 14).

3. The documents, and portions of documents, Plaintiff seeks to file under seal are, quote or reveal documents or materials designated by RPM as confidential pursuant to the protective order.

4. While these are RPM's designations and it bears the burden to establish impoundment under seal, Plaintiff is bound to move to seal them in the first instance.

5. Further, in light of Defendant's confidentiality designations, the above materials should be impounded until further order of the court.

6. Plaintiff supplied Defendant with unredacted copies of all documents addressed herein on August 20, 2022.

For the foregoing reasons, Plaintiff respectfully request that the Court grant this motion to seal and permit Plaintiff to file the above documents under seal.

Dated: August 23, 2023

Respectfully submitted,

By: *__/s/ Sergei Lemberg__*

Sergei Lemberg (BBO# 650671)
Stephen Taylor (*phv*)
LEMBERG LAW, LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Attorneys for Plaintiff

**CERTIFICATE OF CONFERENCE**

Pursuant Local Rule 7.2(a)(2), the Parties have conferred and Defendant does not intend to oppose the motion to seal.

By: *s/ Sergei Lemberg*
Sergei Lemberg

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2023 a copy of the foregoing was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By: *s/ Sergei Lemberg*
Sergei Lemberg